IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CR. NO. 2:06CR179-MHT |
| v. | ) | [21 USC 846] |
| | ) | |
| JOHN TIERCE | ) | INFORMATION |
| | ) | |

The United States Attorney charges:

## COUNT 1

Between on or about May 1, 2001, and on or about October 30, 2003, in Millbrook, Alabama, in the Middle District of Alabama, and elsewhere,

JOHN TIERCE,

defendant herein, did knowingly and willfully combine, conspire, confederate and agree together with other persons, known and unknown, to knowingly and intentionally distribute and possess with intent to distribute more than 50 grams of methamphetamine and more than 500 grams of a mixture and substance containing a detectible amount of methamphetamine, Schedule II Controlled Substances, in violation of Title 21, United States Code, Section 841(a)(1). All in violation of Title 21, United States Code, Section 846.

_____
Terry F. Moorer
Assistant United States Attorney