```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF ALABAMA
                    NORTHERN DIVISION

UNITED STATES OF AMERICA,       *
                                *
     Plaintiff,                 *
                                *
V.                              * CR. NO.
JOHN TIERCE                     * 2:06CR179-MHT
                                *
     Defendant.                 *
```

### NOTICE OF ATTORNEY APPEARANCE-DEFENDANT

Come now Jeffery C. Duffey and enters his appearance as retained counsel for defendant John Tierce.

Respectfully submitted this 26th day of July, 2006.

> s/Jeffery C. Duffey
> JEFFERY C. DUFFEY
> Attorney for Defendant
> John Tierce
> 600 South McDonough Street
> Montgomery, AL  36104
> Phone: 334-834-4100
> Fax: 334-834-4101
> email: jcduffey@aol.com
> Bar No.  ASB7699F67J

**CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Terry Moorer
AUSA
P.O. Box 197
Montgomery, AL 36101

                                          Respectfully submitted,

                                          <u>s /Jeffery C. Duffey</u>
                                          JEFFERY C. DUFFEY
                                          Attorney for Defendant
                                          John Tierce