# United States District Court

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

UNITED STATES OF AMERICA

v.

JOHN TIERCE

**WAIVER OF INDICTMENT**

CASE NUMBER: 2:06CR179-MHT

I, __John Tierce_____, the above named defendant, who is accused of

VIOLATIONS OF TITLE 21 USC § 846,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __July 26, 2006__ prosecution by indictment and consent that the
*Date*
proceeding may be by information rather than by indictment.

_____
*Defendant*

_____
*Counsel for Defendant*

Before _____
*Judicial Officer*