IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR. NO. 2:06-CR-179-MHT-DRB |
| | ) | |
| JOHN TIERCE | ) | |

## MOTION TO CONTINUE SENTENCING

**COMES NOW** the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves this Court to continue the sentencing set in the above-referenced cause from its current setting on November 11, 2006.

The United States requests that sentencing be continued until on or after January 8, 2007. The continuation is necessary for the parties to resolve various matters related to the sentencing.

Counsel for the defense has no objection to the instant motion.

Respectfully submitted, this the 18th day of October, 2006.

    LEURA G. CANARY
    UNITED STATES ATTORNEY

    s/Terry F. Moorer
    TERRY F. MOORER   ASB-1176-O73T
    Assistant United States Attorney
    One Court Square, Suite 201
    Montgomery, AL 36104
    Phone: (334)223-7280   Fax: (334)223-7135
    E-mail: terry.moorer@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-CR-179-MHT-DRB |
| | ) | |
| JOHN TIERCE | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Jeffrey C. Duffey, Esquire.

Respectfully submitted,

s/Terry F. Moorer
TERRY F. MOORER
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: terry.moorer@usdoj.gov
ASB-1176-O73T