IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA      )
                              )
    v.                        )    CRIMINAL ACTION NO.
                              )      2:06cr179-MHT
JOHN TIERCE                   )

                              ORDER

    It is ORDERED that the motion to continue sentencing
(doc. no. 13) is denied.   The statement that the
continuation "is necessary for the parties to resolve
various matters related to sentencing" is insufficient,
that is, it is not detailed enough for the court to tell
whether a continuance is really necessary.

    DONE, this the 19th day of October, 2006.


                       /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE