```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF ALABAMA
                   NORTHERN DIVISION
```

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | * |
| | * |
|     **Plaintiff**, | * |
| | * |
| **V.** | * CR. NO. |
| **JOHN TIERCE**, | * 2:06-CR-179-MHT |
| | * |
|     **Defendant.** | * |

**UNOPPOSED MOTION TO CONTINUE SENTENCING**

Comes now the defendant, by and through undersigned counsel, and submits the following:

1. The sentencing in this case is set for Wednesday, November 1, 2006, at 10:00 a.m.

2. Undersigned counsel has a criminal jury trial in the U. S. District Court, Middle District of Alabama, set for jury selection on Tuesday, October 24, 2006 with testimony to begin on Monday, October 30, 2006, at 9:00 a.m. in the case of **U.S. v. White & Floyd**, Case No. 3:05CR234-WHA.

3. The criminal jury trial referenced above is expected to last about five days, and is expected to conflict with the sentencing in the above styled case.

4. Undersigned Counsel needs additional time to resolve certain issues of sentencing. For example, Counsel seeks to convince the Government to file an additional Motion for Departure pursuant to Rule 35, F.R.Crim.P, prior to sentencing

rather than later, seeks to resolve a companion issue of forfeiture/fine and seeks to resolve the necessity of calling witnesses at defendant's sentencing.  Undersigned counsel is reluctant at this time to get more specific with the reasoning for defendant's position since counsel does not want to prejudice any negotiation with the Government other than to state that the cooperation of defendant was lengthy and counsel is seeking to verify certain matters.  It appears to be in the interest of judicial economy to address the issue of Rule 35 at sentencing rather than bring defendant back from prison at some later time to do so.

    5.  Counsel will be selecting a jury in a state case (**State v Thomas,** Case No. CC-06-739, Montgomery Circuit Court) on Monday, October 23, 2006 and will proceed to trial sometime during the week so as not to conflict with jury selection in the **Floyd** case referred to above, therefore counsel's time is somewhat limited to accomplish all that needs to be done prior to sentencing.

    6.  Undersigned counsel has already filed a motion in another case with this District Court seeking to recess the **Floyd** trial that will be ongoing in order to complete a previously set sentencing in the **Hall** case also set with this Court on the same date as this sentencing.  The **Hall** case has no contested issues.  See **U.S. v Floyd,** Case No. 3:05cr234-WHA

(Doc. No. 171), and **U.S. v. Hall**, Case No. 3:05cr207-MHT (Doc. No. 136). Counsel did not file a motion in **Floyd** seeking a recess for the sentencing in this case but did inform the Court in **Floyd** that there was a potential conflict but that the Government had filed an unopposed motion to Continue this case. See Doc. No. 171 in **Floyd**. Counsel does not believe that everything counsel needs to get done prior to sentencing in this case can be accomplished in time, and if not may prolong the time necessary for sentencing thus necessitating more recess time from the ongoing trial in **Floyd**.

7. Undersigned Counsel had contacted AUSA Terry Moorer regarding the Government's position on a motion to continue sentence and the Government did not object, and in fact the Government went ahead and previously filed a motion to continue sentencing (Doc. No. 13), but this court denied that motion on October 20, 2006 (Doc. No. 14).

Wherefore, based upon the above defendant requests that the sentencing date in this case be reset in order to not conflict with the previously set criminal jury trial and to give undersigned counsel more time to prepare for sentencing.

Respectfully submitted this 22nd day of October, 2006.

s/Jeffery C. Duffey
JEFFERY C. DUFFEY
Attorney for
John Tierce

600 South McDonough Street  
Montgomery, AL  36104  
Phone: 334-834-4100  
Fax: 334-834-4101  
email: jcduffey@aol.com  
Bar No.  ASB7699F67J

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 22nd day of October, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Terry Moorer, AUSA, P.O. Box 197, Montgomery, AL 36101.

s /Jeffery C. Duffey  
JEFFERY C.  DUFFEY  
Attorney for  
John Tierce
