IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:06cr179-MHT |
| **JOHN TIERCE** | ) | |

<u>ORDER</u>

It is ORDERED as follows:

(1) The motion to continue sentencing (doc. no. 15) is granted.

(2) Sentencing for defendant John Tierce now set for November 1, 2006, is reset for December 14, 2006, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama 36104.

DONE, this the 25th day of October, 2006.

  /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE