# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE         AT MONTGOMERY  ALABAMA

DATE COMMENCED  December 14, 2006         AT  10:45   A.M./P.M.

DATE COMPLETED  November 15, 2006         AT  10:53   A.M./P.M.

UNITED STATES OF AMERICA                  Criminal Action
                                          2:06cr179-MHT
        VS

JOHN TIERCE

| PLAINTIFF(S) | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Terry F. Moorer | X | Atty Jeffrey C. Duffey |
|  | X |  |
|  | X |  |
|  | X |  |
|  | X |  |

COURT OFFICIALS PRESENT:

| Anthony Green, Courtroom Clerk | Danielle Goldstein, Law Clerk | Risa Entrekin, Court Reporter |
|---|---|---|

PROCEEDINGS:

( ) NONJURY TRIAL
(x) OTHER PROCEEDING:       SENTENCING HEARING

| | |
|---|---|
| 10:45 a.m. | Sentencing hearing commenced. Terms of plea agreement stated on the record. Government concurs with plea agreement. Probation concurs with plea agreement. Sentence imposed; **ORAL ORDER** during sentence imposition granting motion for reduction in criminal offense level and motion for downward departure. |
| 10:53 a.m. | Hearing concluded. |